IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ROBERTA COSGROVE, et al. § | |
| Plaintiffs, § | |
| § | |
| VS. § | Case No. 4:13cv660 |
| § | |
| CITY OF PLANO, TEXAS § | |
| Defendant. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 22, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss (Dkt. 59) be GRANTED, that Plaintiffs' claims against the City of Plano, Texas be dismissed with prejudice, that this matter be closed on the court's docket, and that all costs be borne by the party incurring same.

The court has made a *de novo* review of the objections raised by Plaintiffs, as well as any responses and replies thereto, and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Defendant's Motion to Dismiss (Dkt. 59) is GRANTED and Plaintiffs' claims against the City of Plano, Texas are dismissed with prejudice. This matter shall be closed on the court's docket, and all costs shall be borne by the party incurring same.

**IT IS SO ORDERED.**

**SIGNED this the 24th day of June, 2015.**

_____
RICHARD A. SCHELL